UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| CHUNXIA DUAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:26-cv-00065-TWP-KMB |
| ) | |
| KRISTI L. NOEM, ) | |
| DEPARTMENT OF HOMELAND SECURITY, ) | |
| TODD M. LYONS, ) | |
| SAM OLSON, ) | |
| SCOTT A. MAPLES, ) | |
| ) | |
| Respondents. ) | |

## ENTRY ACCEPTING PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL

The Court **ACCEPTS** Petitioner Chunxia Duan's Notice of Voluntary Dismissal, Dkt. [7], pursuant to Federal Rule of Civil Procedure 41(a)(1). The action is **DISMISSED without prejudice**. The **Clerk is directed to** close this action on the docket. No judgment is required under these circumstances.

**IT IS SO ORDERED.**

Date: 3/13/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Alexis Martinez
McCarter & English
amartinez@mccarter.com

Zachary A. Myers
zmyers@mccarter.com